# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY ROY KEETON,**       ) | **NO. CV 17-1213-FMO (KS)** |
|     **Plaintiff,** ) | |
|     v.             ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| **G. MARSHALL, et al,**         ) | |
|     **Defendants.** ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint (the "Complaint"), Defendants' Motion For Order Revoking Plaintiff's *In Forma Pauperis* Status (the "Motion"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that:

(1) the Motion is GRANTED;

(2) the Order granting Plaintiff's request to proceed without prepayment of filing fees (Dkt. No. 4) is VACATED; and

(2) the Complaint shall be DISMISSED without prejudice as to all defendants and claims unless, within thirty days of this Order, Plaintiff pays the full required filing fee of $400.00.

DATED: September 13, 2018

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE