# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY ROY KEETON,** | ) NO. CV 17-1213-FMO (KS) |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| | ) |
| **G. MARSHALL,** *et al*, | ) |
| **Defendants.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge dated September 13, 2018,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 13, 2018

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE